IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROYLENE BABB | § | |
| | § | CIVIL ACTION NO. 5:25-cv-01893 |
| v. | § | |
| | § | *JURY REQUESTED* |
| WALMART, INC. | § | |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1332 AND 1446(A)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WALMART INC. Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 407th District Court in Bexar County, Texas, in which it is now pending, to the United States District Court for the Western District of Texas, San Antonio Division, showing the Court as follows:

**A. BACKGROUND**

1. This action is a civil personal injury lawsuit. This case was commenced by the filing of an Original Petition in Cause No. 2025CI27579 in the 407th District Court in Bexar County, Texas, on November 24, 2025. Pursuant to 28 USC §1446 (a), a copy of the Original Petition is attached hereto. *See attached Exhibit A*. No other process, pleadings or orders in this matter have been received by Defendant or its attorneys.

2. Defendant was provided with a copy of Plaintiff's Original Petition on December 4, 2025. Defendant timely filed an Answer in Bexar County District Court to Plaintiff's Original Petition on December 22, 2025. *See attached Exhibit B.*

3. Plaintiff filed this civil action against Defendant asserting premises liability and negligence claims allegedly arising from a slip-and-fall incident, which is claimed to have occurred on May 3, 2024, while Plaintiff was a patron at a store located at 9005 FM1560, San Antonio, Bexar County, Texas. Pl.'s Orig. Pet. at § 8.

## B. BASIS FOR REMOVAL

4. Defendant would show that Plaintiff alleges in her Original Petition that she has been and is now residing in Bexar County, Texas. Pl.'s Orig. Pet. at § 2. Therefore, Plaintiff is a resident of Texas.

5. Defendant Walmart Inc. is not a citizen of the State of Texas. Defendant at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is therefore a citizen of both Delaware and Arkansas, but is not a citizen of Texas.

6. Complete diversity therefore exists between the adverse parties to this action under 28 U.S.C. §1332(a).

7. Plaintiff sets forth a specific amount of damages sought. Specifically, in Plaintiff's Original Petition paragraph 7, Plaintiff states "Plaintiff seeks monetary relief IN EXCESS OF ONE MILLION DOLLARS…..," damages exceed the minimum jurisdictional amount for a District Court, which in this case exceeds One Million ($1,000,000.00) Dollars, and for which Plaintiff now sues." Pl.'s Orig. Pet. at § 7.

8. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided as required by law. Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, complete diversity of citizenship, and the matter is one which may

be removed to this Court pursuant to 28 U.S.C. § 1446.

**C. REMOVAL IS TIMELY**

10. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

**D. FILING WITH STATE COURT AND NOTICE TO PLAINTIFF**

11. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff will be provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

**E. JURY DEMAND**

12. Defendant hereby requests a trial by jury.

**F. PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 407th District Court in Bexar County, Texas, in which it is now pending, to the United States District Court for the Western District of Texas, San Antonio Division, based on diversity of citizenship of the Parties.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER L.L.P.

By: */s/ Jaime A. Saenz*

Jaime A. Saenz
Texas Bar No. 17514859
Fed. ID No. 7630
Email: ja.saenz@rcclaw.com
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY FOR DEFENDANT WALMART INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the 29th day of December, 2025 to all counsel of record in accordance with the Federal Rules of Civil Procedure, as follows:

via e-mail:

Grant Caswell Fisher
Email: gfisher@carabinshaw.com
CARABIN & SHAW, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212
(210) 222-2288
(210) 222-1480 Fax
*Attorneys for Plaintiff*

*/s/ Jaime A. Saenz*
Jaime A. Saenz